IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| WENDELL HARPER SMITH, | : |
| Petitioner, | : |
| v. | : CASE NO.: 1:07-cv-10 (WLS) |
| Warden DON JARRIEL, | : |
| Respondent. | : |

## ORDER

Petitioner Wendell Harper Smith moves for leave to proceed on appeal *in forma pauperis*. (Doc. 81.) By a March 27, 2014 Order, however, the Court denied Smith a certificate of appealability. In any event, the Eleventh Circuit already dismissed Smith's appeal for failure to prosecute. (Doc. 80.)

For those reasons, Smith's motion is **DENIED**.

**SO ORDERED**, this   8th   day of July, 2014.

　　　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, JUDGE**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1